Jonathan O. Hafen (6096)
D. Craig Parry (7274)
Bryan S. Johansen (9912)
Jenifer L. Tomchak (10127)
PARR BROWN GEE & LOVELESS, P.C.
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

Attorneys for Plaintiff
Imperial Premium Finance, LLC

IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IMPERIAL PREMIUM FINANCE, LLC, a Florida Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br>SYLVIA HERSKOWITZ, an Individual,<br><br>        Defendant. | **MOTION FOR EXPENSES AND FEES PURSUANT TO RULE 37(a)(5)(B)**<br><br>Case No. 2:09-cv-00861-DB-SA<br><br><br>Honorable Dee Benson<br>Magistrate Judge Samuel Alba |

    Pursuant to Rule 37(a)(5)(B) of the Federal Rules of Civil Procedure, if the Court denies Defendant Sylvia Herskowtiz's Amended Motion to Compel (Doc. No. 63) as requested by Plaintiff Imperial Premium Finance, LLC, then Plaintiff hereby requests its reasonable expenses, including attorneys' fees, incurred in opposing the Motion.

The basis for this request is set out more fully in the simultaneously filed "Memorandum in Opposition to Plaintiff's Motion to Compel and In Support of Defendant's Motion for Expenses and Fees Pursuant to Rule 37(a)(5)(B)."

RESPECTFULLY SUBMITTED this 26th day of July, 2011.

                                                  PARR BROWN GEE & LOVELESS, P.C.

                                          By: ___/s/ Jenifer L.Tomchak_____
                                                *Attorneys for Imperial Premium*
                                                    *Finance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2011, a true and correct copy of the foregoing **MOTION FOR EXPENSES AND FEES PURSUANT TO RULE 37(a)(5)(B)** to be electronically filed with the Clerk of the Court using the CM/ECF System, which sent notification of such filing, to the following:

> Mary Anne Q. Wood
> Stephen Q. Wood
> **WOOD JENKINS, LLC**
> 60 East South Temple, Suite 500
> Salt Lake City, UT 84111
> mawood@woodjenkinslaw.com
> sqwood@woodjenkinslaw.com
> Attorneys for Herskowitz
> Sylvia Herskowitz
>
> Steven L. Schwarzberg
> **SCHWARTZBERG & ASSOCIATES**
> 222 Lakeview Avenue, Suite 210
> West Palm Beach, FL 33401
> steve@schwarzberglaw.com
> Attorney for Imperial

        **PARR BROWN GEE & LOVELESS, P.C.**

        By: /s/ Jenifer L. Tomchak
            Jonathan O. Hafen
            D. Craig Parry
            Bryan S. Johansen
            Jenifer L. Tomchak
            Attorneys for Imperial
            Imperial Premium Finance, LLC